```
 1
 2                       UNITED STATES DISTRICT COURT
 3                      NORTHERN DISTRICT OF CALIFORNIA
 4
     SUSAN LYNN NALDUCCI,          )        No. C08-05031 SBA
 5               Plaintiff,        )
                                   )        ORDER DISMISSING ACTION
 6        vs.                      )
                                   )
 7   HAPAG-LLOYD (AMERICA) INC,    )
                                   )
 8               Defendant.        )
                                   )
 9   _____)
10
11        The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14        IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED.
16
17        IT IS SO ORDERED.
18   DATED: 5/11/09
19                              _____
                                    SAUNDRA BROWN ARMSTRONG
20                                  United States District Judge
21
22
23
24
25
26
27
28
```